IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00145-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ETHAN ANDREW TUTTLE,

    Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment (Dkt. # 39). The Court having reviewed said motion finds:

THAT the United States commenced this action pursuant to 18 U.S.C. § 2253;

THAT a Preliminary Order of Forfeiture was entered on November 4, 2005 (Dkt. # 30);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(m);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property, shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

One Hewlett Packard HP Pavilion 7855 computer, serial number KR11214800;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

THAT the Clerk of the Court is DIRECTED to forthwith issue final judgment accordingly; and

THAT this case is hereby TERMINATED.

SO ORDERED this 31st day of August, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge